# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Monique Fluellen, ) | C.A. No.: 3:19-cv-00361-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Bank of America Corporation Short ) | |
| Term Disability Plan, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to September 11, 2019. The parties' current mediation deadline is July 11, 2019. The parties have advised the court that they would like to explore settlement at or before mediation before preparing a joint stipulation. Accordingly, the parties have asked for the deadline to mediate be moved to September 11, 2019 and to file memoranda and a joint stipulation in the matter *sub judice* to October 11, 2019. For good cause shown, the court does believe that an extension of time within which to mediate, file memoranda and file a joint stipulation pursuant to the court's specialized case management order is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to September 11, 2019 and to file memoranda and a joint stipulation in the matter *sub judice* to October 11, 2019.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate by September 11, 2019 and to file memoranda and to file a joint stipulation pursuant to the court's specialized case management order in the

matter *sub judice* is hereby extended until October 11, 2019.  In all other regards, the parties shall comply with the specialized case management order.

      **AND, IT IS SO ORDERED.**

s/J. Michelle Childs
J. Michelle Childs
United States District Judge

Date:  July 3, 2019