**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Monique Fluellen, ) | C.A. No.: 3:19-cv-00361-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Bank of America Corporation Short ) | |
| Term Disability Plan, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to October 2, 2019. The parties' current mediation deadline is September 11, 2019. The parties have advised the court that they are in active settlement negotiations and would like to try to settle before mediation and before preparing a joint stipulation. Accordingly, the parties have asked for the deadline to mediate be moved to October 2, 2019 and to file memoranda and a joint stipulation in the matter *sub judice* to October 23, 2019. For good cause shown, the court does believe that an extension of time within which to mediate, file memoranda and file a joint stipulation pursuant to the court's specialized case management order is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to October 2, 2019 and to file memoranda and a joint stipulation in the matter *sub judice* to October 23, 2019.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate by October 2, 2019 and to file memoranda and to file a joint stipulation pursuant to the court's specialized case management order in the matter

*sub judice* is hereby extended until October 23, 2019.  In all other regards, the parties shall comply with the specialized case management order.

    **AND, IT IS SO ORDERED.**

s/J. Michelle Childs  
The Honorable J. Michelle Childs  
United States District Judge

Date:  September 10, 2019